In re PLATT. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of Clarence N. Platt for a peremptory writ of mandamus, etc., directed to Patrick A. Whitney, as Commissioner of Correction, etc. No opinion. Order affirmed, with $10 costs and disbursements.

POSS, Respondent, v. POSS, Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Frank R. Poss against Lillian K. Poss. G. G. Battle, of New York City, for appellant. L. M. Hart, of New York City, for respondent. No opinion. Judgment and order affirmed. Order filed. See, also, 149 N. Y. Supp. 1107.

POWLOWSKI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Louis Powlowski, an infant, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is against the weight of the evidence upon the question of the defendant's negligence and the plaintiff's contributory negligence, that the weight of the evidence supports the claim that the plaintiff attempted to board the train while it was in motion, and that he was injured through his own carelessness. See, also, 150 N. Y. Supp. 1107.

PRINCE v. REISER. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Henry Prince against Ely J. Reiser. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1107.

PURCELL, Appellant, v. BURROUGHS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Kathryn S. Purcell against Rosalia Burroughs and others. No opinion. Judgment affirmed, with costs.

PURTILL v. COAKLEY et al. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) In the matter of the application of Edward A. Purtill for a writ of mandamus against John B. Coakley and others. No opinion. Order affirmed, without costs.

QUINLAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by William J. Quinlan against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

RAFTERY v. CARTER et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by George A. Raftery against Grace H. Carter and others. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

RANDALL, Respondent, v. BEACH, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Minnie E. Randall against Oren M. Beach, Jr. No opinion. Judgment and order unanimously affirmed, with costs.

RANDOLPH v. FIELD. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Mary Randolph against Armstead W. Field. No opinion. Motion granted. Questions certified. Order filed. See, also, 150 N. Y. Supp. 822.

REES et al., Respondents, v. TRINITY PRESBYTERIAN CHURCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Glen H. Rees and another against the Trinity Presbyterian Church. No opinion. Judgment and order affirmed, with costs.

REHL, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Pauline Rehl, as administratrix, etc., against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

REICHARDT v. RAYMOND et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Hannah Reichardt against Max Raymond and others. No opinion. Application denied, with $10 costs. Order signed. Motion denied, with $10 costs. Order signed.

REID et al., Respondents, v. VILLAGE OF BABYLON, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Willard P. Reid and another against the Village of Babylon.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., not voting.

REID v. WUERFEL et al. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by James P. Reid, as administrator, against Gustave A. Wuerfel and another. No opinion. Motion for stay denied. Settle order on notice.

REILLY, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by William F. Reilly against William M. Barrett, as President, etc. No opinion. Motion for leave to appeal (150 N. Y. Supp. 1108) to the Court of Appeals denied.

RENOWN PAPER BOX CO. v. TOPILOW et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action

by the Renown Paper Box Company against Hyman Topilow and another. No opinion. Application denied, with $10 costs. Order signed.

In re RICH. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the application of Anna Ingersoll Rich for a writ of mandamus directing the Onondaga Chapter, Daughters of the American Revolution, and the officers thereof, to reinstate said Anna Ingersoll Rich to membership, etc. Final order and judgment, and order denying motion for new trial, affirmed, with costs. Interlocutory judgment, order denying motion to frame issues, and order denying motion to make alternative writ more definite and certain, affirmed, without costs. See, also, 160 App. Div. 912, 145 N. Y. Supp. 1143.

RICHARDSON PRESS v. VANDERGRIFT. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Richardson Press against Joseph H. Vandergrift. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 238.

RINI, Appellant, v. RINI, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Pietrina Rini against Nicola Rini.
PER CURIAM. Order affirmed, without costs. In affirming this order the court expresses no opinion as to whether defendant is liable in any proceedings that may be taken to punish him for contempt for failure to pay arrears of alimony.

ROBINSON v. McKNIGHT et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Frank B. Robinson, suing, etc., against Charles McKnight and others, impleaded with the Western National Bank. R. E. T. Riggs, of New York City, for appellants. T. H. Keogh,°of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Sadler v. Boston & Bolivia Copper Co., 140 App. Div. 367, 125 N. Y. Supp. 405, affirmed 202 N. Y. 547, 95 N. E. 1139. Order filed. See, also, 151 N. Y. Supp. 1142.

ROBINSON v. McKNIGHT et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Frank B. Robinson, suing, etc., against Chas. McKnight and others, impleaded, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1142.

ROBINSON CLAY PRODUCTS CO. v. JOHN THATCHER & SON. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by the Robinson Clay Products Company against John Thatcher & Son. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 658.

RODD v. C. F. BIELE & SONS CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Frederick E. Rodd against the C. F. Biele & Sons Company. No opinion. Application denied, with $10 costs. Order signed.

ROESLER, Respondent, v. DUNKIRK HOME TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Eva Roesler, an infant, etc., against the Dunkirk Home Telephone Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 162 App. Div. 923, 146 N. Y. Supp. 1110.
ROBSON and FOOTE, JJ., dissent.

ROOT v. PULITZER et al. (two cases). (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against Walter Pulitzer, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 163 App. Div. 949, 148 N. Y. Supp. 1141.

ROOT v. PULITZER MAGAZINE CO. et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against the Pulitzer Magazine Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs.

ROOT v. PULITZER PUB. CO. et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by W. Russell Root, suing, etc., against the Pulitzer Publishing Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ROSENTHAL, Respondent, v. SOLOTOREFSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Max Rosenthal against Isidor Solotorefsky and others. No opinion. Order affirmed, with $10 costs and disbursements.

ROSS, Appellant, v. PENDERGAST, Respondent. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by William O. Ross against Martin J. Pendergast. No opinion. Order affirmed, with $10 costs and disbursements.

ROTH v. SPENCER et al. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Max Roth against H. Jay Spencer and another. No opinion. Motion to dismiss appeal granted, unless the appellant serves and files printed case, and has case ready for argument at the next term of this court, in which case motion is denied. See, also, 158 App. Div. 895, 142 N. Y. Supp. 1142.